JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE E. McWEENEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 12-4728-JAK (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

DATED: June 3, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE